Railway Company was not involved in the issues of the action, and, as so modified, to affirm.

KIRNAN, Appellant, v. NEW YORK & O. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Edwin Kirnan against the New York & Ottawa Railway Company. No opinion. Judgment unanimously affirmed, with costs.

KLENKE, Respondent, v. NEW YORK & H. R. Co. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Elise M. J. Klenke against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. J. C. Bushby, for respondent. No opinion. Judgment modified, by reducing the amount awarded for fee damage to $4,000, and by reducing the judgment as entered for fee damage, including costs, allowance, etc., to the sum of $2,212.77, and, as modified, affirmed, without costs. Settle order on notice.

KLIGER v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Max Kliger against Samuel Rosenfeld and another. No opinion. Motion denied, with $10 costs. Order filed.

KLIGER v. ROSENFELD. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Max Kliger against Daniel Rosenfeld. No opinion. Motion denied, with $10 costs. Settle order on notice.

KNICKERBOCKER TRUST CO., Respondent, v. GALBRAITH, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by the Knickerbocker Trust Company against Charles C. Galbraith. J. H. Hayes, for appellant. J. C. Harrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KNICKERBOCKER TRUST CO. et al., Respondents, v. O'ROURKE ENGINEERING CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by the Knickerbocker Trust Company and another against the O'Rourke Engineering Construction Company. L. L. Kellogg, for appellant. H. Barry, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Motion dismissed. Order filed.

KOLB, Appellant, v. GIBB et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Mary E. Kolb against John Gibb and others. No opinion. Judgment and order unanimously affirmed, with costs.

KOLLER, Respondent, v. JOHN H. WOODBURY DERMATOLOGICAL INSTITUTE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Euphemia B. Koller against the John H. Woodbury Dermatological Institute and another. W. W. Pollett, for appellants. O. W. Ehrhorn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KOPETZKY, Respondent, v. BROWN–FORMAN CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Joseph Kopetzky against the Brown–Forman Company. J. Miller, for appellant. H. L. Reavey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KORBER, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Albert Korber against Evelyn E. Thompson. No opinion. Judgment of the Municipal Court affirmed, with costs.

KRATENSTEIN, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by David Kratenstein against Abraham Bernstein. No opinion. Judgment of the Municipal Court affirmed by default, with costs. See Mogile v. Hamburger (decided herewith) 103 N. Y. Supp. 1134.

KROEMER, Respondent, v. DADY, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Ludvina Kroemer, an infant, etc., against Michael J. Dady. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

LAVIN, Appellant, v. THOMAS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Mary Lavin against John A. Thomas, as executor, etc., and others. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the direction of a verdict was error. The case should have been submitted to the jury.

LAW v. LAW. (Supreme Court, Appellate Division, First Department, March 15, 1907.) Action by William W. Law against Elizabeth Law. No opinion. Motion granted, with $10 costs. Order filed.

LAWRENCE, Appellant, v. CAMMEYER, Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Ida M. Lawrence against Alfred J. Cammeyer. J. H. Corwin, for appellant. J. H. Choate, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LENIHAN v. WARD. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Appeal from Special Term, Kings County. Action by John J. Lenihan against Robert Ward. From a judgment for plaintiff,